*Charles A. Collin* and *George D. Yeomans* for appellant.

*Thomas Carmody, Attorney-General (Franklin Kennedy* of counsel), for respondent.

Order affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOUTH BROOKLYN RAILWAY COMPANY, Appellant, *v.* CLARK WILLIAMS, as Comptroller of the State of New York, Respondent.

*People ex rel. South Brooklyn Ry. Co.* v. *Williams*, 150 App. Div. 894, affirmed.

(Argued October 3, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1912, which confirmed, on certiorari, a determination of the defendant refusing to revise and readjust franchise taxes assessed against the relator.

*Charles A. Collin* and *George D. Yeomans* for appellant.

*Thomas Carmody, Attorney-General (Franklin Kennedy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

ROSE A. K. SNYDER, Respondent, *v.* NELLIE K. PAREZO et al., Defendants.

J. WARD HAMBLETT, JR., Appellant.

*Snyder* v. *Parezo*, 151 App. Div. 110, affirmed.
(Submitted October 4, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

44

June 1, 1912, which affirmed an order of Special Term requiring the appellant herein, purchaser at a sale in partition, to complete his purchase.

*Arthur P. Hilton* for appellant.

*William F. Hendrickson* and *Louis Hess* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

In the Matter of the Accounting of WILLIAM H. HARRIS, as Trustee under the Will of THOMAS MORTON, Deceased.

AMANDA M. ABBOTT et al., Appellants; FLORENCE M. MORTON, Respondent.

*Matter of Harris,* 152 App. Div. 52, affirmed.
(Argued October 4, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 9, 1912, which modified and affirmed as modified a decree of the New York County Surrogate's Court settling the accounts of the trustee under the will of Thomas Morton, deceased.

*Paul M. Pelletreau* for appellants.

*A. Wells Stump* and *Joseph H. Beall* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.